UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 JUN 18 PM 3:52

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | Cause No.: |
| v. | § § § | **INDICTMENT** |
| Rahatul Ashikim Khan, a/k/a, "Rahat Khan," a/k/a, "Authentic Tauheed 19," a/k/a, "AT19." | § § § § | [Count 1: Conspiracy to Provide Material Support to Terrorists, 18 U.S.C § 2339A.] **A14 CR0212 SS** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
**Conspiracy to Provide Material Support to Terrorists**
[18 U.S.C. § 2339A]

Beginning in or about March of 2011, to in or about January 2012, in the Western District of Texas and elsewhere, the Defendant,

**Rahatul Ashikim Khan, a/k/a, "Rahat Khan," a/k/a, "Authentic Tauheed 19," a/k/a, "AT19,"**

Co-conspirator #1, Co-conspirator #2 and others, known and unknown to the Grand Jury, knowingly conspired, and agreed with each other to provide material support and resources, as that term is defined in Title 18, United States Code, § 2339A(b)(1), including services and personnel, knowing and intending that they were to be used in preparation for, and in carrying out the violation of Title 18, United States Code, § 956(a)(1) and (2) (conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping, or maiming, if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to effect an object of the conspiracy), in violation of Title 18, United States Code, § 2339A.

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

ROBERT PITMAN
United States Attorney

By: /s/ *(signature)* for
GREGG N. SOFER
Assistant United States Attorney