RECEIVED
DEC 1 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
DEC 0 1 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Dear Clerk of The court:

1:14-cr-212-SS

Can you please send me a copy of my indictment. I have provided my ~~cas~~ Registration number and address below:

Reg. No.: 39318-380

address: FCI Victorville 1
box 3725
Adelanto, Ca 92301

— Rahatul Khan

Rahatul Khan-39318-380
Federal Correctional Victorville (L)
Box 3725
Adelanto, CA 92301

SN BERNARDINO CA 924
25 NOV 2016 PM 7 L

CLERK OF THE COURT
501 W. 5th St.
Austin, TX 78701

SCREENED BY OSU
NOV 30 2016

PURPLE HEART
FOREVER USA

78701-361399