

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

501 West Fifth Street, Suite 1100
Austin, Texas 78701
512-916-5896

Jeannette J. Clack

December 1, 2016

Rahatul Khan
#39318-380 FCI Victorville 1
Box 3725
Adelanto, CA 92301

Re:   1:14-cr-212 SS

We have received your request for documents in case **1:14-cr-212-(01) SS** Documents may obtained for a fee of 50¢ *per page*. Once we have received payment for your request, we will send the document(s) to you. The pages lengths and costs are:

- #Indictment (dkt 9) - 3 pages = $1.50

Should you wish to obtain any of these copies, please sent a check or money order payable to "Clerk, USDC" at the following address:

United States Courthouse
Office of the Clerk
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Along with your payment, your request should include the case number, case style, document number and document type.

**Please remember that your in forma pauperis status does not entitle you to free copies of the record or transcripts.**

Sincerely,

*JCW*

Jeannette J. Clack
By: Deputy Clerk